IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>   v.<br><br>JOSEPH MEEHAN,<br><br>             Defendant. | CRIMINAL ACTION<br>NO. 11-0440-1 |

### ORDER

**AND NOW**, this 14th day of September 2016, upon consideration of Defendant's Motion for Judgment of Acquittal or for a New Trial (Doc. No. 189), the Government's Response in Opposition to the Motion (Doc. No. 195), Defendant's Memoranda in Support of the Motion (Doc. Nos. 196, 224), the Government's Reply to Defendant's Motion for New Trial (Doc. No. 233), Defendant's Letter Reply to the Government's Reply (Doc. No. 235), the evidence presented at a post-trial hearing on the Defendant's Motion, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Judgment of Acquittal or for a New Trial (Doc. No. 189) is **DENIED.**

BY THE COURT:

/s/Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.