# EXHIBIT D-4

# Cellular Telephone Analysis

US v. Meehan & Andrews - Cell Site Analysis

Special Agent William Shute
F.B.I. C.A.S.T.
Cellular Analysis Survey Team

The following s...
the call detail r...
numerous c...
Nextel ap...
the Ph...
corr...

...d reproduction of
...formation for
...ords from
...ute by
...re the

# All the call records analyzed for this case took place between:

## February 9, 2011

and

## February 16, 2011



JOSEPH MEEHAN
NEXTEL phone
215-989-8831



JONATHAN ANDREWS
AT&T phone
267-236-2071

February 9, 2011

D-4

① DAY 5 pg 74 shute explains date & time are in here highlighted in RED
LAC is in GREEN



| Customer PTN | Call Initiation Date | Call Initiation Time | Dur (sec) | Type | Fwded | Called PTN | Calling PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|---|
| (215) 989-883_ | 9-Feb-11 | 2:16:30 PM | 0 | Outbound | No | (215) 989-8831 | | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 |
| (215) 989-883_ | 9-Feb-11 | 2:52:48 PM | 4 | Inbound | Yes | (215) 989-8831 | (215) 431-9034 | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 |
| (215) 989-883_ | 9-Feb-11 | 2:53:03 PM | 29 | Outbound | No | (215) 431-9034 | (215) 989-8831 | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 | NPA1318R_IbAshtonRD (PHIL-1) 2640-21667 |



| ConnDateTime | SeizureTime | Originating Number | Terminating Number | Elapsed Time | NumberDialed | IMEI | IMSI | Description | LAC | CID |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/09/11 02:13PM | 0:22 | 12156267655 | 12672362071 | 0:00 | 12672362071 | 1242200347192104 | 310410358635051 | m2M_DIR | 2993 | 6218 |
| 02/09/11 02:21PM | 0:25 | 12672362071 | 16103064690 | 0:23 | 16103064690 | 1242200347192104 | 310410358635051 | M2M_DIR | 2993 | 6218 |
| 02/09/11 02:42PM | 0:21 | 12672365902 | 12672362071 | 0:00 | 12672362071 | 1242200347192104 | 310410358635051 | m2M_DIR | 2993 | 6218 |
| 02/09/11 02:42PM | 0:12 | 12672362071 | 12672365902 | 0:38 | 12672365902 | 1242200347192104 | 310410358635051 | M2m_DIR | 2993 | 6218 |

2993 6212 & 6218
40.07944, -75.0325
**Sector Orientation:** 150

Bluegrass Pharmacy 2/9/2011 at 2:16PM

Johnathan Andrews residence

1.50 mi

This slide shows an overlay of both Meehan and Andrews' phones between 2:13PM and 2:53PM on February 9, 2011.

2640 21667
40.06503, -75.02171
Azimuth: 270

Bluegrass Pharmacy
2/9/2011 at 2:16PM

Johnathan Andrews residence

2993 6212 & 6218
40.07944, -75.0325
Sector Orientation: 150