D-4



During the entire 24-hour period of February 9, 2011

**JOSEPH MEEHAN's**

**NEXTEL phone**

**215-989-8831**

Interacted or attempted to interact with ....

**JONATHAN ANDREWS**

**AT&T phone**

**267-236-2071**

**29 times**

D-4



February 14, 2011

D-4

## On February 14, 2011, between 1:00 PM and 7:00PM, Meehan's phone consistently utilizes the same cell sites for service. The phone has approximately 70 phone calls throughout these six hours. For most of the time the primary cell site utilized was 9232.

| Customer PTN | Date | Call Initiation Time | Dur (sec) | Type | Called PTN | Calling PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|
| (215) 989-8831 | 14-Feb-11 | 1:00:41 PM | 62 | Outbound | (610) 608-8012 | (215) 989-8831 | NPA0461R_lbOOOWiss (PHIL-1) 2644-9232 | NPA0461R_lbOOOWiss (PHIL-1) 2644-9232 |
| (215) 989-8831 | 14-Feb-11 | 6:58:47 PM | 38 | Outbound | (215) 307-8989 | (215) 989-8831 | NPA0461R_lbOOOWiss (PHIL-1) 2644-9232 | NPA0795R_lbOOOMay (PHIL-1) 2644-19766 |



4806 Van Kirk St, Philadelphia...
4806 Van Kirk St
Philadelphia, PA 19135

Philadelphia

2644 9232
40.01216, -75.06251
Azimuth: 28

Copyright © and (P) 1988-2006 Microsoft Corporation and/or its suppliers. All rights reserved.

On February 14, 2011, between 7:43PM and 7:55PM, Meehan's phone is located in a vicinity close to the CVS Pharmacy. There are no calls after 7:55PM until midnight. The robbery took place at approximately 8:35PM.

| Customer PTN | Date | Call Initiation Time | Dur (sec) | Type | Fwded | Called PTN | Calling PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|---|
| (215) 989-8831 | 14-Feb-11 | 7:43:18 PM | 7 | Inbound | No | (215) 989-8831 | (267) 231-3085 | NPA0723R_lbOOOPoqs (PHIL-1) 2644-22224 | NPA0723R_lbOOOPoqs (PHIL-1) 2644-22224 |
| (215) 989-8831 | 14-Feb-11 | 7:46:47 PM | 38 | Outbound | No | (267) 236-2071 | (215) 989-8831 | NPA1318R_lbAshtonRD (PHIL-1) 2640-21666 | NPA1318R_lbAshtonRD (PHIL-1) 2640-21667 |
| (215) 989-8831 | 14-Feb-11 | 7:54:56 PM | 5 | Outbound | No | (267) 236-2071 | (215) 989-8831 | NPA0538R_lbGrant (PHIL-1) 2640-14262 | NPA1318R_lbAshtonRD (PHIL-1) 2640-21667 |
| (215) 989-8831 | 14-Feb-11 | 7:55:40 PM | 21 | Outbound | No | (267) 236-2071 | (215) 989-8831 | NPA0538R_lbGrant (PHIL-1) 2640-14263 | NPA0538R_lbGrant (PHIL-1) 2640-14262 |



ANDREWS From P3

why is it here - cause he highlighted it in GREEN.

Go to Day 5 P5,104 Trial transcripts

D-4

NO Evidence of WHE.

# On February 14, 2011, between 8:23PM and 8:41PM, Andrews' phone is in the vicinity of the CVS Pharmacy, 8525 Frankford Avenue, Philadelphia, PA.

| ConnDateTime | SeizureTime | OriginatingNumber | TerminatingNumber | ElapsedTime | NumberDialed | IMEI | IMSI | Description | LAC | CID |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/11 08:23PM | 0:04 | 12672362071 | 12159898831 | 0:16 | 12159898831 | 12422003479 2104 | 310410358635051 | M2m_DIR | 2982 | 6389 |
| 02/14/11 08:24PM | 0:04 | 12672362071 | 12159898831 | 1:27 | 12159898831 | 12422003479 2104 | 310410358635051 | M2m_DIR | 2982 | 6384 |
| 02/14/11 08:41PM | 0:26 | 12672362071 | 1610733639 | 1:14 | 16107336639 | 12422003479 2104 | 310410358635051 | M2m_VMC | 2968 | 5777 |



CVS Pharmacy, 8525 Frankford Ave, 2/14/2011 at 8:35PM

2968 5777 Sector Orientation: 30

2982 6384 Sector Orientation: 20

2982 6389 Sector Orientation: 250

Copyright © and (P) 1988-2009 Microsoft Corporation and/or its suppliers. All rights reserved.