D-4

## On February 14, 2011, immediately following the robbery of the CVS Pharmacy, 8525 Frankford Avenue, Philadelphia, PA - Andrews' phone utilized the following cell sites traveling in the following order and direction.

| ConnDateTime | Seizure Time | Originating Number | Terminating Number | Elapsed Time | NumberDialed | IMEI | IMSI (SIM CARD) | Description | LAC | CID |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/14/11 08:43PM | 0:28 | 12672362071 | 16107336639 | 1:32 | 16107336639 | 124220034792104 | 310410358635051 | M2m_VMC | 2968 | 18569 |
| 02/14/11 08:45PM | 0:10 | 12153132810 | 12672362071 | 4:56 | 12672362071 | 124220034792104 | 310410358635051 | M2M_DIR | 2993 | 5788 |
| 02/14/11 08:50PM | 0:12 | 12672313085 | 12672362071 | 1:15 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6258 |
| 02/14/11 08:53PM | 0:08 | 12672313085 | 12672362071 | 0:42 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2968 | 18563 |
| 02/14/11 08:55PM | 0:06 | 12672313085 | 12672362071 | 1:41 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2968 | 18563 |
| 02/14/11 08:58PM | 0:22 | 12672362071 | 12672365902 | 0:06 | 12672365902 | 124220034792104 | 310410358635051 | M2m_DIR | 2968 | 5774 |
| 02/14/11 08:59PM | 0:04 | 12672365902 | 12672362071 | 0:26 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2968 | 5774 |
| 02/14/11 09:00PM | 0:06 | 12672365902 | 12672362071 | 0:35 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2968 | 5774 |
| 02/14/11 09:01PM | 0:04 | 12672313085 | 12672362071 | 2:28 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6215 |
| 02/14/11 09:04PM | 0:05 | 12672313085 | 12672362071 | 1:38 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6212 |
| 02/14/11 09:05PM | 0:21 | 12672365902 | 12672362071 | 0:00 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6212 |
| 02/14/11 09:08PM | 0:23 | 12672365902 | 12672362071 | 0:00 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6212 |
| 02/14/11 09:11PM | 0:06 | 12672313085 | 12672362071 | 1:17 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6218 |
| 02/14/11 09:12PM | 0:01 | 12672313085 | 12672362071 | 0:00 | 12672362071 | 124220034792104 | 310410358635051 | m2M_DIR | 2993 | 6218 |
| 02/14/11 09:13PM | 0:02 | 12672362071 | 12672313085 | 0:00 | 12672313085 | 124220034792104 | 310410358635051 | M2m_DIR | 2993 | 6218 |
| 02/14/11 09:13PM | 0:04 | 12672362071 | 12672313085 | 0:00 | 12672313085 | 124220034792104 | 310410358635051 | M2m_DIR | 2993 | 6218 |

NO CALLS TO MEEHAN

D-4



D-4

(16)

NOT ME.

**On February 14, 2011, immediately following the robbery of the CVS Pharmacy, 8525 Frankford Avenue, Philadelphia, PA - Andrews' phone utilized the following cell sites traveling in the following order and direction.**

**Once the phone came back into the vicinity of Andrews' residence, the phone remained using cell sites in the vicinity until the next morning.**

EXCEPT when it was off FROM 10:44 p.m. ON 14th until 12:29 A.M. on 15th

D-4

D-4

On February 14, 2011

**JOSEPH MEEHAN's**

**NEXTEL phone**

**215-989-8831**

GREEN

**28 times**

Interacted or attempted to interact with …

**JONATHAN ANDREWS**

**AT&T phone**

**267-236-2071**

RED

D-4

D-4


D-4

(19)

DAY 5 pg 109

**Just after midnight on February 15, 2011, Meehan's phone becomes active. Between 12:17 AM and 12:28 AM, Meehan's phone is located in the vicinity close to the CVS Pharmacy and then moves away. The three calls at 12:17, 12:20 and 12:22 (highlighted in yellow) are with Chucky Rhoads.**

| Customer PTN | Date | Call Init Time | Dur (sec) | Type | Fwd | Called PTN | Calling PTN | Originating Cell Site |
|---|---|---|---|---|---|---|---|---|
| (215) 989-8831 | 15-Feb-11 | 12:17:18 AM | 68 | Outbound | No | (267) 231-3085 | (215) 989-8831 | NPA0023R_IbOOOPnny (PHIL-1) 2644-5407 |
| (215) 989-8831 | 15-Feb-11 | 12:20:38 AM | 0 | Outbound | No | (267) 231-3085 | (215) 989-8831 | NPA0723R_IbOOOPogs (PHIL-1) 2644-22224 |
| (215) 989-8831 | 15-Feb-11 | 12:22:29 AM | 159 | Outbound | No | (267) 231-3085 | (215) 989-8831 | NPA0023R_IbOOOPnny (PHIL-1) 2644-5407 |
| (215) 989-8831 | 15-Feb-11 | 12:27:29 AM | 67 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NPA0023R_IbOOOPnny (PHIL-1) 2644-5412 |

ght © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

NO DISPUTE - Chuck picked me up.

D-4

DAY5 pg 41

D-4

| Customer PTN | Date | Call Init Time | Dur sec | Type | Fwd | Called PTN | Calling PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|---|
| (215) 989-8831 | 15-Feb-11 | 12:40:11 AM | 28 | Outbound | No | (215) 397-1134 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 12:41:28 AM | 7 | Inbound | Yes | (215) 989-8831 | (267) 231-3085 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 12:41:56 AM | 93 | Outbound | No | (267) 231-3085 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 1:57:51 AM | 40 | Inbound | Yes | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:45:31 AM | 4 | Inbound | Yes | (215) 989-8831 | (215) 431-9034 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:54:50 AM | 9 | Inbound | Yes | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:59:06 AM | 4 | Inbound | Yes | (215) 989-8831 | (215) 431-9034 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 3:45:03 AM | 6 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 3:46:01 AM | 24 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 4:57:12 AM | 4 | Inbound | Yes | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 5:20:20 AM | 18 | Inbound | Yes | (215) 989-8831 | (267) 231-3085 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 6:19:57 AM | 35 | Inbound | Yes | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 7:34:24 AM | 124 | Inbound | Yes | (215) 989-8831 | (267) 231-3085 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 8:27:25 AM | 25 | Inbound | Yes | (215) 989-8831 | (267) 231-3085 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:27:41 AM | 26 | Inbound | Yes | (215) 989-8831 | (267) 231-3085 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:38:50 AM | 25 | Inbound | Yes | (215) 989-8831 | (215) 554-8402 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:54:43 AM | 22 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:55:54 AM | 3 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:57:55 AM | 6 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 9:59:55 AM | 4 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 10:01:46 AM | 4 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 10:16:41 AM | 6 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 10:24:18 AM | 0 | Outbound | No | B30001116106088012 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 10:41:54 AM | 7 | Inbound | Yes | (215) 989-8831 | (215) 431-9034 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 12:34:48 PM | 76 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 12:45:35 PM | 4 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 12:47:24 PM | 3 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 1:02:52 PM | 3 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 1:11:37 PM | 6 | Inbound | Yes | (215) 989-8831 | (215) 416-3617 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 1:12:48 PM | 18 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 1:18:37 PM | 280 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 1:20:58 PM | 3 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795S_IbUUUMay (PHIL-1 2644-20942 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 1:33:58 PM | 3 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:01:34 PM | 2 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 2:04:00 PM | 2 | Inbound | Yes | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:08:53 PM | 25 | Inbound | Yes | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 2:11:33 PM | 6 | Inbound | Yes | (215) 989-8831 | (267) 505-6644 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |
| (215) 989-8831 | 15-Feb-11 | 2:13:37 PM | 4 | Inbound | Yes | (215) 989-8831 | (215) 397-1134 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19765 |
| (215) 989-8831 | 15-Feb-11 | 2:15:22 PM | 35 | Inbound | No | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:19:00 PM | 303 | Outbound | No | (267) 236-2071 | (215) 989-8831 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:23:44 PM | 26 | Inbound | No | (215) 989-8831 | (1267) 249-6055 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795R_IbOOOMay (PHIL-1) 2644-19766 |
| (215) 989-8831 | 15-Feb-11 | 2:29:13 PM | 35 | Inbound | No | (215) 989-8831 | (267) 236-2071 | NPA0795R_IbOOOMay (PHIL-1 2644-19766 | NPA0795S_IbUUUMay (PHIL-1) 2644-20942 |


D-4

(21)

D-4

From approximately 12:30 AM through 2:30 PM (14 hours), Meehan's phone consistently utilizes cell site 19766. This tower is in the center azimuth and in line of sight of Heather Meehan's residence.
Heather Meehan
4922 Longshore Ave
Philadelphia, PA 19135
2644 19766
40.02459, -75.03556
Azimuth: 266
0.851 mi
Mayfair
Tacony
Tacony Park
Delaware Expy
State Rd
Magnolia Cemetery
Riverton
Delaware

Copyright © and (P) 1988–2009 Microsoft Corporation and/or its suppliers. All rights reserved.

D-4

D-4

**On 2/16/2011 - starting at approximately 3:00 AM through 12:50 PM (almost 10 hours), Meehan's phone consistently utilizes cell sites in New Jersey. The cell sites used were in the vicinity of the Rivera Motor Inn, Pennsauken, New Jersey.**

| Date | Call Initiation Time | Duration (sec) | Type | Forwarded | Called PTN | Calling PTN | Originating Cell Site | Terminating Cell Site |
|---|---|---|---|---|---|---|---|---|
| 16-Feb-11 | 3:09:52 AM | 297 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 |
| 16-Feb-11 | 3:17:00 AM | 129 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 |
| 16-Feb-11 | 7:41:41 AM | 17 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 |
| 16-Feb-11 | 7:42:18 AM | 31 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 |
| 16-Feb-11 | 7:45:18 AM | 4 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 |
| 16-Feb-11 | 7:46:05 AM | 24 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 |
| 16-Feb-11 | 8:47:35 AM | 67 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |
| 16-Feb-11 | 8:49:25 AM | 298 | Outbound | No | (215) 962-3331 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5545R_IbLinwood (PHIL-1) 4110-19428 |
| 16-Feb-11 | 9:02:08 AM | 7 | Outbound | No | (267) 912-9099 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |
| 16-Feb-11 | 9:03:03 AM | 5 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 |
| 16-Feb-11 | 10:02:10 AM | 64 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |
| 16-Feb-11 | 10:04:01 AM | 5 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9462 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |
| 16-Feb-11 | 12:47:20 PM | 70 | Outbound | No | (215) 989-8831 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5010R_IbPennsauk (PHIL-1) 4110-9322 |
| 16-Feb-11 | 12:49:41 PM | 3 | Outbound | No | (215) 954-0075 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |
| 16-Feb-11 | 12:50:21 PM | 225 | Outbound | No | (215) 962-3331 | (215) 989-8831 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 | NNJ5545R_IbLinwood (PHIL-1) 4110-19430 |

D-4

# EXHIBIT

# D-5





D-5

# Federal Bureau of Investigation
# Criminal Investigative Division
# C.A.S.T. Unit

## Cellular Analysis

## Survey Team

FBI File # 91A-PH-3536155

SA William Shute

D-5