

# EXHIBIT D-6

# FEBRUARY 2010

- 2-8-2010: Meehan picked up Leah and another hooker (name unknown) and took them to Andrews apartment.

- 2-9-2010: Meehan woke up around 10:00 a.m. Leah, Andrews and other hooker were all already awake.
  * Meehan gets washed up and realizes someone used his toothbrush. That skeeved me out. I got mad, used my finger to brush my teeth and went out to the livingroom to find out who used it. It was Leah.
  * Meehan also found out that Andrews told Leah she could stay there for approximately 2 months while his wife was gone.
  * Meehan was still pissed about the toothbrush, so he grabbed his coat and said he was going to Rite-Aid for a new toothbrush. He planned to smoke a joint while he walked.
  * Andrews grabbed his coat and followed Meehan out, saying he had to go get beer so he would drive.
  * Instead of pulling into Rite-Aid Andrews pulls into Blue Grass Plaza. He parked in front of the Blue Grass Pharmacy and suggest Meehan get the toothbrush from there while he was in the beer distributor.
  * Meehan got his toothbrush and Andrews got a case of budwiser.
  * Around noon, after brushing his teeth and drinking some beers, Meehan uses Andrews Jeep to take Leah and other hooker back down to Tacony.
  * After dropping them off Meehan stopped at Fat Pete's Bar and then Penny Garden's to see who was there.
  * Approximately 2:15 p.m. Blue Grass Pharmacy was robbed by two people.
  * Late afternoon. Left Penny's, took Jeep back. Andrews was wasted on xanax so Meehan hired a back-seat to drive him back to Tacony.

**Meehan Chronology Additions 9/25/12**

2

* Later that night Andrews calls Meehan and asks him to bring some girls to apartment.

2-10-11: Approximately 6:00 or 7:00 A.M. Andrews and hooker argue over blood in master bedroom. Meehan gets up and takes hooker down to Tacony in Jeep.
* Meehan gets back to apartment and Leah is coming out of Andrews bedroom.
* Leah is mad as hell because she had sex with Andrews and he refused to pay her.
* Leah asks Meehan to make him pay her.
* Meehan and Leah walk to Burger King and Meehan explained to Leah he was not a pimp and she would either chalk it up as a loss or make him pay herself.
* Returned from Burger King and the conversation turned to the Monte Carlo S.S. (It was at a friend of Andrews - He gave the mechanic coke to fix the master cylinder, or the guy already owed him for coke). Leah see's Meehan looking over title and she wants the car. Meehan tells her when the car is fixed he's getting away from Philly and she can drive.
* Andrews wakes later in afternoon and drops Meehan and Leah off in Tacony.
* Leah goes to Bills and Skips, Meehan goes to Heather's (ex-wife).

2-11-11: Meehan rolls his ankle while working. It turned black and blue and swollen, but was not broken.
* Meehan returns to Heathers and stays in with foot up rest of day.
* Meehan talks to son on phone and tells him his ankle is messed up.
2-12-11: Meehan meets Leah at Bill & Skips, go to bar, then have Andrews

Meehan Chronology Additions 9/25/12                    3

pick them up and take them to Andrews Apartment.

7. 2-13-11: Kevin calls Meehan asking if Meehan can find him drugs. Meehan tells him no, he was up by Welsh and the Boulevard and his ankle was tore up. Meehan was fed up with Kevin, tired of lending him money to get drugs, tells Kevin to stop calling.

8. 2-14-11: Meehan and Leah back in Tacony in afternoon. Went to Lou's bar and then to Leah's old house. Leah was feeling real sick because of heroin withdrawal. She took some Methadone pills and some Xanax.
   * Meehan learns she stole a bag of pills from Andrews because of the time Andrews refused to pay her for sex.
   * Around 11:00 p.m. Meehan gets Leah up and tells her she has to go to Bill & Skips cause Meehan was leaving. She goes to Bills & Skips.
   * Meehan goes to Fat Pete's Bar. (Never goes inside)
   * Andrews is sitting in his Jeep out front of the bar. He tells Meehan to jump in. Andrews is wasted on Xanax. He wants Meehan to go to Penny's bar with him.
   * Andrews drives straight down Torresdale to Rhawn, takes Rhawn to Frankford and makes right on Frankford.
   * While driving Andrews try's to pressure Meehan into holding a gun at Meehan's ex-wife's house.
   * Meehan REFUSE's and they argue.
   * Andrews turns onto Benson street and tells Meehan to get out and that he (Andrews) would drop his cloths off at Heather's when he got around to it.
   * Cops are everywhere and Meehan was arrested because he was

...wanted for parole violations and a D.U.I. warrant.
* Meehan calls Chucky because Chucky lived two blocks away.
* Meehan tells Chucky he needs him to pick him up cause cops are all over and Meehan needs a ride to Heathers.
* <u>Chucky picks Meehan up and drops him off at Heathers.</u> Meehan learned from Chucky that Andrews was involved in C.V.S. hold. Meehan did not really believe Andrews was involved and told Chucky, "Andrews ain't built for shit like that."

2. 2-15-11: Slept most of day. Argued with Heather about spending Valentines day with Leah.
* Talked to a couple of people on phone and was told the police were looking for me. No mention of robbery.
* <u>Stopped at Nanny's and had dinner. Got a set of old crutches from her.</u>
* Met up with Tony after leaving Nanny's (Tony is Andrews partner in coke business).
* Called Leah to get another girl for Tony to go to New Jersey.
* Meehan and Tony pick up Leah and Nikki. Meehan gives Nikki money so she could ~~by~~ buy heroin for herself.
* Arrive at Riviera Motel in New Jersey about 10:00 p.m.
* Meehan takes sim card out of his cell phone and puts cell phone in ice bucket of water.
* Leah shows Meehan bag of drugs she stole from Andrews. Meehan helps her figure out what all the different pills were.

2-16-11: Meehan and Leah walk to front office. Leah throws Meehans
1:00AM  cell phone into marsh behind motel.

# EXHIBIT D-7

Rite Aid

# MULTIPLE CASE AFFIDAVIT

## FACTS

### District Control (DC) Number #11-08-004165

Offender: Jonathan M. Andrews 38/W/M (DOB: 03-27-72, SSN: ▮▮▮▮▮▮, PID: 715299, SID: 20208937, FBI: 181662NA9), 2525 Welsh Road, Apartment U2, Philadelphia, PA 19114, 267-236-2071

The complaining witnesses are employed by Rite Aid Pharmacies (9773 Roosevelt Boulevard, Philadelphia, PA 19114, 215-673-0747) as customer service representatives. On 01-31-11, the complaining witnesses were working the 8:00AM-4:00PM tour of duty. At approximately 9:00AM, the complaining witnesses were positioned inside the commercial establishment, behind the (employees only) customer service counters. The complaining witnesses observed the offender access the premises via the structure's front entrance/exit. The offender utilized items of clothing in an attempt to partially obscure his face; his hands were also "gloved." The offender was armed with a handgun.

Upon entering the store, the offender immediately advanced toward the pharmacy counter situated at the rear of the structure. The offender vaulted the pharmacy's customer service counter.

The offender instructed the complaining witnesses to relinquish an assortment of controlled substances (i.e., clonazepam, oxycontin, xanax, etc,), and place them into a black plastic bag that he had secreted on his person. The complaining witnesses complied.

Once the offender had received the controlled substance, he – again – vaulted the pharmacy's customer service counter; and exited the premises via the structure's front entrance/exit. The offender then accessed a motor vehicle (YEAR: 2001, MAKE: Mitsubishi, MODEL: Galant, COLOR: White, PLATE: Unknown, TITLE: Unknown, VIN: Unknown).

The offender, operating the vehicle, sped away from the scene – apparently alone. The offender vehicle was last seen traveling northbound on Roosevelt Boulevard approaching Blue Grass Road.

The complaining witnesses describe the offender, as follows: male, white, medium complexion, 36-40 years of age, 68-72 inches in height, 205-215 pounds, medium build; wearing a dark-colored ski mask, dark-colored coat – armed with a ["black"] handgun. The complaining witness' physical description of their attacker is consistent with that of the offender – Jonathan M. Andrews 38/W/M.

The commercial establishment is, in fact, equipped with a stationary (interior/exterior) video surveillance system. However, on 01-31-11, said system was inoperable.

# EXHIBIT D-8

TR.#2 (Dis.) Philadelphia Police, how may I help you?...... (MALE VIC.) We are being robbed in the CVS Pharmacy...... (Dis) Where are you, whats the address?...... (MALE VIC) Whats our address?... (FEMALE VIC) 8525.... (MALE VIC) 8525 Frankford Ave. CVS Pharmacy we are being robbed right now. Please...... (Dis) Alright, do you have a description sir, anything..... (MALE VIC) No N I'm in the break room right now okay and I'm on my cell phone an...... (Dis) Can you tell me that?...... (MALE VIC) I have no idea I just saw somebo rob the (unintelligible) I'm in the front, okay talk to...... (FEMALE VIC) Hi, I'm the manager on duty right now, yea um, all I hear is like ___ really like, sorry, um, I saw somebody walk in the front door and is robb the place....... (Dis) Calm down, okay....... (FEMALE VIC) I can't calm down...... (Dis) how many are there, is there males or females?.......... (FEMALE VIC) I saw ___ O my Go I feel like two up front and then one in the back, please hurry... (Dis) Listen, I already put it in I'm just trying to get some information to the cops...... (FEMALE VIC) okay....... (Dis) Alright, so black, white or hispanic...... (FEMALE VIC) um, one black maybe one hispanic and one white........ (Dis) tell me what the ___ ___ ......... (FEMALE VIC) they had guns I think, I think they had gu I'm really........ (Dis) listen, ___ ___ ___ take a deep breath okay this is for the cops so they know what their looking for when they get there....... (FEMALE VIC) okay........ (Dis) whats the black male wearing.......... (FEMALE VIC) Oh there wearing all black jackets with hoods up......... (Dis) All of them..... (FEMALE VIC) yea...... All dressed in black.......... (FEMALE VIC) yea, the one I think has a tan jacket on.......... (Dis) which one, the spanish, the black male or the ......... (FEMALE VIC) Um, I only saw the back of them.......... (Dis) Okay, so your not sure........ (FEMALE VIC) No. Okay, so their all dressed in black except for one.......... (FEMALE VIC) yes........ (Dis) one. ....(FEMALE VIC whispering) Turn that light off......... (Dis) Alright can you see them still or no.... (FEMALE VIC) No, I don't want them to see me and then have to like take me to the office or something, Oh God, I don't know ___ ___ ......... (Dis) there anything else.......... (FEMALE VIC) No....... (?) Are you saying anything...... (Dis) okay

1

Listen, their already on the way, okay I put the information...... (DIS) okay. (FEMALE VIC) ..... Try to stay put until the police come and get you...... (FEMALE VIC) okay..... (DIS) I'll let them know your in the back room...... (FEMALE VIC) yea, we're in the back Room town like the corner...... (DIS) Alright..... (FEMALE VIC) alright ..... they are on the way.... (DIS) Alright thank you...... (FEMALE VIC) Anything else you can tell me before you hang up ...... (DIS) Is ther anything else (MALE VIC whispering) , (FEMALE VIC) okay No theres Nothing else...... (DIS) okay, they A on the way..... (FEMALE VIC) Alright, thank you, bye.

TR.#4   (DIS) All units responding use caution No flash...... (DIS) All units responding pointing a gun a black male a hispanic male a white male all dressed in black one is wearing a tan jacket...... (DIS) Alright use caution ___ in the rear in the break room....... (COP) 8 Tom 7 males might still be in the back....... (DIS) use caution anybody else on location........ (COP) 8 Tom 7 we got the front....... (DIS) Anyone else on location....... (COP) ___ front and bac ___ back up ......... Alright wait until your back up get there cover front and back ___ (COP) ___ ........ (DIS) ..... (DIS) Do not enter until you have adequate back up Tom 7 receive No one enter until you have adequate back up on location use caution cover the front and the back.... (COP) 8 Tom 7 we're getting people out of the front of the store.

TR.#5   (COP) Male with the gun in the store........ (DIS) ___ 8525 frankford assist the officer police fire radio thats in the 8th district....... (COP) Radio we ___ ___ shots fired........ (DIS) Shots fired assist the officer 8525 frankford assist the officer shots fired....... (COP) 701 ___ ___ ...... Alright ___ location is there anyone else on location..... (COP) shots fired...... (DIS) Are anyone else on location with Tom 7, Tom 7 is any officer shot...... (COP) Tom 7 we're fine we're hearing a lot of gunshots from the rear of the store....

2

(COP) 13 I had to discharge....... (DIS) Alright 13 is the doer shot..... (COP) there still running east bound — — street coming down to ditman...... (DIS) they're running east bound down to ditman...... Flash on the males — — (COP) ......... can you give me flash....... (DIS) 13 give me flash is Ang (COP) shot in the store........ Ma'am, I'm running out here........ (DIS) Alright do you have flash on the male with the gun...... (COP) He's all in black both of them are all in black........ (DIS) Alright, the males are all in black, they were last seen going east bound........ (COP) — if it's up...... (DIS) Not up......

(DIS) Alright the male in the black last seen running through the alley..... (COP) Ma'am, I discharged behind the cvs he pointed a weapon at me right before he went of over the fence just keep that area secured there just in case they ditched it........ (DIS) 813 discharged in the rear of the cvs..... (COP) Alright — far Northeast where's he at with the male, where'd he last see the male at........ (DIS) Alright 13 where you at now he was last seen going east bound through the alley towards Ditman ........ (COP) 8 Barney I need cars 43 4200 block of Strahle, set up a perimeter, get us more people now...... (COP) 130 do over........ (DIS) Care — — — this is second assist 4300 Ditman that's in the 8th district this is second assist 4300 Ditman......... (COP) ...... (COP) ? ...... (COP) ? ....... 813 the one with the gun that fired is wearing all black, white male — — ...... (DIS) it's gonna be a white male wearing all black, is any injury to police, any cops shot, anyone shot....... (COP) Nobody shot but police discharge..... (DIS) how many...... (COP) that would be me I don't know who else..... (DIS) .........

(COP) — I need cars 42 4300 Benson as well as one block South of Benson...... (DIS) I need some units 4200 Benson and 4300 Benson...... (?) — South....... (COP) 813 the white male with the hood in black I may have got him in the right leg..... (DIS) Alright the white male might be

3

shot in Right leg...... (COP) 811 ...... (DIS) 811 ...... (COP) I have attempted to take his vehicle from his house back in the alley was they pointed a gun at him ....... (DIS) Whats your location big alley or what, can you give me anything flash on these

TR.#6  (DIS) Phila. Police, may I help you

TR.#7  (DIS) Phila. Police, may I help you...... (NEIGHBOR) yea, I don't know what it is but just heard it sounds like gun shots and people cursing...... (DIS) where, where...... (NEIGHBOR) I'm at 4013 Benson street...... (DIS) 4013 Benson...... (NEIGHBOR) yea it sounds like it was behind my house it'd be like Frankford and Strahle streets........ (DIS) Frankford and Strahle...... (NEIGHBOR) I don't know it just sounded like yelling, I don't, I don't want to be jumping the gun here but I don't know what it was ....... (DIS) how many did you hear...... (NEIGHBOR) Ah, a few...... (DIS) what's a few........ (NEIGHBOR) like two, five maybe 3, 4, 5 it just kind of happened real fast, I'm up in the bathroom now I heard it....... (DIS) I'll call and send someone in the area...... (NEIGHBOR) okay, thank you...... (DIS) Um uh

TR.#8  (COP) 8 Tom 7 I got flash on male that pointed a gun at my partner he's gonna be a white male about 6 foot, thin build, wearing a grey jacket and a black ski mask, we do have a gun recovered inside here........ (DIS) Alright, we're looking for a white male, 6 foot, thin build, wearing a grey jacket and a ski mask...... (COP) 822 one of the males who fired at me behind the store he was wearing a black jacket, dark jeans, the second white male also black jacket dark jeans, the first one did fire at me, I returned fire......... (COP) — far Northeast find out where

4

they tried to car jack that car........ (COP) it was in the alley way behind the cvs, they tried to car jack the one white male, I want every off to be doubled up looking for the males no one goes into alley way or behind the house's solo....... (DIS) Alright, I want all units doubled up.... (COP) _ somebody call avaition tell em to get the helicopter up...... (COP) K 2 (Andy?) Have em secure that alley K9 is en route, give me a location for K9...... (DIS) Alright 43 to 42........ (COP) Have em start from the cvs up on Frankford Ave..... (COP) _ I'm on location. ..... (DIS) 8 Barney they do not have _ _ due to the wind, stand by, we're gonna call them again....... (COP) 701 give us some flash........ (DIS) we're looking for a white male, 6 foot, thin build wearing a grey jacket and a black ski mask and the second one is wearing a dark jacket black jean ......... (COP) 720 I'm on location, the one we're looking for he's the one who shot in the rear drive way, the white male........ (DIS) The white male, 6 foot, thin build, wearing a grey jacket, he's the one that shot Alright, one of the males is possibly shot in the right leg...... (COP) everybody responding to the location not from the 8th district I want them starting one, two and three blocks south of Benson street on the 4000 block.......... (DIS) Alright, the 4000 block of what, Benson. ...... (COP) From Benson I want them heading south, check all the alley ways and I want em all checked duo, no officer enter solo.... (COP) Check the hospitals....... (DIS) Alright, I need some units to also check the hospitals, I might have a male thats shot...... (COP) 8 Barney disregar.. ........ (DIS) I need someone to check Frankford-Torresdale for a shooting victim......... (COP) 811 the attempted car jacking happened at 4440 Strahle ........ (COP) _ have an available 7th district car go to the hospit. have em check Nazareth, have em check Frankford-Torresdale, All 8th district personel are down here....... (DIS) Alright, have traffic checking

5

Nazareth, alright I need a 7th district unit to check Frankford-Torresdale for a shooting victim...... Hey Charlie, I need to know where these two officers discharged and where their at....... (COP) 8 Barney, it was the alley way just behind the CVS....... (COP) Right along the fence line... (COP) location down...... (DIS) ...... 712, we're gonna go up Frankford-Torresdale — — — ...... (COP) Flash please........ (DIS) We're looking for a white male, 6 foot one, wearing wearing a grey jacket, thin build, second male wearing a black jacket dark jeans, one of the males also wearing black ski mask........ (COP) — — Far North East where was it they tried car jack that guy, what driveway........ (DIS) On the 4400 block of Strahle ...... (COP) which way did they run from there, do you know ...... (DIS) 811 which way did they run from there, from Strahle....... (COP) It was uh, like South east, through the alley towards Jackson.

TR.#9  (COP) 811 they went through the alleyway, hopped over a fence and came out on Benson street........ (COP) They came out where on Benson........ He thinks of of Jackson street........ (COP) Jackson, Jackson and Benson....... (COP) 811 that what this male stated (OR SEEN)........ (COP) — To Far North East we have any... ... (COP) 213 at Far North East is at Jackson and Benson for possible doers........ (COP) Jay to Far North East do we have anything on a car with this, we don't have nothing on a car do we........ (COP) 731 did any one move North of the CVS three blocks or did they only want South of the CVS three blocks........ (DIS) Alright, south of the CVS — — Like 4000 Benson..... ? ...... ? ...... (COP) Ma'am, it's possible we have multiple units down here from all different bands, if Jay band can put the flash back out maybe that way everybody will get it..... (COP) 813 ..... (COP) Stand by for a sec, Far Northeast, these males, one of these males is a white male what are the other two....... (DIS) Alright,

6

two white males, one's wearing a grey jacket, 6 foot, wearing a black ski mask, thin build. Second white male wearing........ I got what the second male, two other males are wearing black jackets and dark jeans, one's a white male, whats the other male......... (DIS) Both white......... (COP) So there's three white males,........ ? ....... ? ....... (COP) 8 Tom 7 from the people in the store the two males were in the pharmacy section doing their business with the gun, there was one male up front, their not sure black, white, hispanic, but there was a third m they were talking to, we don't have any information on him yet, w have to check the camera's........ (COP) Alright, so we got one male wear a grey jacket...... (COP) on location __ the cvs......... (COP) we got white male, 6 feet tall, thin build wearing a grey jacket and black mask and the other male was wearing a black jacket and dark jeans, right......... (DIS) correct...... (COP) And they were last seen in the area of Jackson and Benson....... (DIS) correct, and __ possibly shot in th right leg......... (COP) 813 ..... (DIS) come 3 ....... (COP) Just be advised from a passerby they supposedly got into a white vehicle and went uh, East boun on Benson, their not sure what type of vehicle it is........ (COP) 25 com in...... (DIS) 25 coming in........ (COP) when someone's available have them cover 4000 block of Blaskiston please and I need __ for Jackson street. ..... (DIS) Alright, can I have someone check 4000 Blakiston and Jackson. ....... (COP) 8 Barnes, I need the officers who discharged to return to the bac of the cvs now....... (DIS) Alright, I need badges of the officers that discharged and return back to the cvs......... (COP) 25 charlie there's nothing that's on location have every unit start searching South of the cvs........ (COP) Alright, Jay to far North East is this a white Cutlass, highway 2B was asking about a white Cutlass, can we find out........ (DIS) Alright, does anyone know if this is gonna be a white Cutlass ......

7

(COP) 813 a neighbor just said she did see one of the guys go past Jackson Eastbound on Strahle in the driveway between Strahle and Benson.....
(DIS) Alright, this male possibly be on Eastbound on Strahle towards Benson.....
(COP) we have the officers en route to huh Strahle and Frankford.....
(COP) 813 I'm ___ ...... (DIS) 813 you were one of the officers that discharged I need __ officers badge numbers that discharged.....
(COP) 813 2015..... (DIS) 2015..... ? (COP) 822 4826....
(COP) We're en route back...

TR.#10    ?        ?        ?        ......(COP FLAS) The vehicle we're looking for is possibly a white Cutlass last seen East bound on Benson from Frankford ave ___ the vehicle in question we're looking for, the white vehicle is possibly a white Cutlass last seen Eastbound on Benson from Frankford....... (COP) shift commander I'm gonna need another car for the scene out front....
(DIS) Can I have another unit take the ovs for the car, 213, __ 213..
..... (COP) 213...... (DIS) Can you take the scene outside the CVS..... (COP) en route.
..... (DIS) Thank you...

TR.#11   (COP) command who did you say was en route for the scene.....
(DIS) 213 is en route...... (COP) okay.....

TR.#12   (DIS) 2 command....... 2 command....... (COP) Can I resume this assist...... 2 command, that's correct just __ write it down it's on location ..... (COP) 811
..... (DIS) 811..... (COP) I have another male here who states he was at 4029 Benson street and he states that he see's the males that fit the flash in a white four door older either chys chrysler or an oldsmobile exchang information with other guys that were in a purple dodge durango..... (DIS) Dic

8