D-8

he give you a direction these males, did he give you a direction 811 these males

TR. #13  (COP)  Far Northeast to J...... (DIFFERENT? DIS.)  assist 8525 Frankford ave ___ ___ on location ___ ___ ___ location ___ ___ ___ we're looking for a white vehicle, it's possibly a white Cutlass occupied by two white males, it possibly a Cutlass or oldsmobile, first white male wearing a grey jack second male is in a dark jacket and jeans they fled the scene poss eastbound on Benson from Jackson ___ ___ ___ sufficient personel ___ 85 Jackson ___ ___ investigation as far as violation fired shots at police in robbery looking for two white males, one of the males is wearing gre jacket, second male is wearing dark jacket and jeans ___ ___ ___ a white vehicle is possibly a Chrysler or a white colored ___ ___ eastbou on Benson from Jackson........ (?) Far Northeast to J band...... it's in reference to this assist from a passerby, males were, the males in the white vehicle older modle four door vehicle possibly a Chrysler or an oldsmobile, they were seen exchanging information with males in a purple dodge durango this was before the assis ........ (COP) 2 command...... (DIS) 2 command...... (COP) can you check with 8 Barne and see if there is any injuries to police...... (DIS) 8 8...... (COP) 8 Barney w have no injuries at this time...... (COP) 8 Tom 7, 8 Tom 7.... (DIS) Tom 7... (COP) we're still checking the video but until that time the number two ma gonna be a white male, late 30's, he has a large nose and he was wearing a tan ski mask, the number one male called him by the name Donny, no further at this time..... (DIS) okay

TR. #14  (COP)  8 Barney we had 8th district car that was with the silver car that attempted to be car jacked, is she still with him...... (DIS) 811...... (COP) 811 ___ ___

9

D-8

........ (COP) Lisa can you bring him up to the front of the store as well as
the neighbor who witnessed it...... (COP) DAN 108....... (DIS) DAN 108....... (COP) 81
24 Pat Barnes is gonna bring them both around for me...... (COP) DAN 10
...... (DIS) DAN 108......... (COP) just be advised myself and another unit ar-
en route to the scene ah is there a location where everything is
going on here 8525 Frankford,...... (DIS) Thats correct, it's a cvs __
...... (COP) Alright and we have witnesses there too ..... (DIS) correct .....
(COP) Alright, if they can hold on to the witnesses, we're coming up..... 8 (DIS) Tom
do you have more flash on the males __ __ so I can give out .....
(COP) 8 Charlie......... (DIS) 8 Charlie......... __ (COP) yea I'm gonna have the
three officers in __ __ Give em a call let em know....... (DIS) okay.....
? __ have them come in (or; 7 command)....... (COP) __ how many
officers discharged and where are they....... (DIS) three officer's
discharged and......... (COP) 8 Barney we have three and their all
with 8 charlie and lead command

TR.#15  (COP) __ do we know if anybody was actually hit....... (COP) __ they
believe they may have winged the one guy in the leg but at
this time we haven't found any blood trail..... (COP) Thank you.

TR.#16  (DIS) 8B....... (COP) 8B....... (DIS) what type of gun was recovered behind the cvs.
...... (COP) it was recovered inside the building I believe and gun'll have to
raise Tom 7 Ma'am........ (DIS) Tom 7....... (COP) Tom 7...... (DIS) what type of
gun was recovered........ (COP) okay, we have a brown and black gun
it appears to be a pellet gun inside the back window, we do hav-
shell casings in the back of the store near the drive up window
........ (COP) DAN 108...... (DIS) DAN 108....... (COP) has the crime scene unit
been notified yet do you know....... (DIS) __ __ everyone was...

10

D-8

(DIS) EVERYONE WAS NOTIFIED ___ ...... (COP) THANK you ...... (COP) ___ be advise

ah another crime scene unit will be en route to that location....

(COP) do you see radio..... (DIS) That's correct, 8 command or 7 command....

(COP) 7 command...... (DIS) Alright, I need you to call the front desk in refer

to all this ___ (8 B) ...... (COP) 8 BARNES...... (DIS) can you call the front desk

when you get a chance...... (COP) I can Ma'am but I'm not gonna have

any badges or information for you ah, 8 charlie is collecting all the

information right now...... (DIS) Alright, they have the badges but they just

want a little information of what's going on so they can make the

notification...... (COP) Alright, I'll give them a holler...... (COP) ___ Far North

East...... (DIS) Proceed...... (COP) ___ 2522 ...... 8 C I'll call the front

desk when I get to internal affairs and get situated...... (COP) Far

North East ___ ___ I have a vehicle stopped ___ ___ anybody to I.D.

these perpetrators or the vehicle at 4200 block of Holmsburg...... (DIS) do

we have anybody that can I.D...... (COP) 3939 ..... (DIS) 3938 FAR NORTHEAST

..... (COP) Yes we have em behind 4800 Strahle, we have one of the neighbors

say she saw two males run into a garage, I'm out here with my partner

we have an open door back here, 25 Tom 3's here with us...... (DIS) Alright

can I get some other units 4800 Strahle we have an open property, two

males went behind that location...... (COP) you said 4800...... (DIS) That's correct

the rear, we have an open property...... (COP) can you give me that address

again...... (DIS) 4800 block of Strahle in the rear we have an open property

..... (COP) that's behind the 4800 block of Strahle...... (COP) 25 come okay.

..... (DIS) 25 come in, Alright I need someone to I.D. this vehicle or ___ ___

___ a witness because 2522 has a vehicle stopped...... (COP) Tom

Far Northeast do you's have something...... (DIS) We have an open

property behind the 4800 block of Strahle...... 4800 you said.....

(DIS) That's correct...... (COP) T to FAR NORTHEAST any luck on that 4200

11

block of Holmsburg..... 811..... (COP) 811..... (DIS) 2522 has a vehicle stopped do you have the witness that can possibly I.D. ..... (COP) The witness is at the store right now, I'm holding the scene........ (DIS) Alright, what unit has the witness, 2522 has the vehicle stopped 4200 Holme. .... (COP) ____ vehicle stopped Ma'am....... (COP) it's gonna be 24 Pat Barney .... (DU) 24 Pat Barney...... 24 Pat Barney..... (COP) Alright, do you have the witness 2522 has a vehicle stopped 4200 Holme..... (COP) 711 do you have a better location we have several buildings out here at 4800 Strahle ...... (COP) 24 Pat Barney, Alright I'll bring em down ..... (DIS) 3938..... (COP) 39. be advised we have enough officers back here....... (DIS) Alright sufficient........ (COP) In the back of Strahle in the rear...... (DIS) Alrig. it's gonna be 4200 Holmsburg 24 Pat Barney they have a car stopped .... (COP) alright...... (COP) Far Northeast is anyone en route now, alright there em........ (COP) 25 Charlie the proper address is gonna be 8535 Ditman. ... (DIS) Okay..... (COP) 3938 it's gonna be a negative inside the garage.... (DIS) 3938 okay... (COP) 8 Tom 7..... (DIS) 8 Tom 7..... (COP) Some flash on the number three male that was a look out at the front of the store wh. gone ready...... (DIS) Proceed ____ ____ ..... (COP) it's gonna be white male unknown age wearing light blue jeans buh brown work boots and grey coat, nothing further at this time..... (DIS) okay.


TR. #17  (COP) 8 Barney.... (DIS) 8 B.... (COP) yea, do we have any 8th district personel who are curre on location that can meet me at 4400 Strahle, Strahle and Jackson, I want do a thorough search through all these back yards I need two officers t meet me down here...... (DIS) Alright, I need two 8th district officers 4400 Strahle Strahle and Jackson, meet the sergeant.... (COP) 824..... (DIS) 24 okay..... (COP) 813 I' walk down.... (DIS) 813 okay...... (COP) 108 is there any K9 available in the area. (COP) 8 Barney K9 is already doing a search but I just want to go and double

check all the backyards and all the sheds.... (COP) 14th officer en route to Ditman and Strahle.... (COP) 810 — behind 14 now—...

TR.#18    (COP) command 24 Pat Barnes on air..... (DIS) 24 Pat Barnes..... (COP) Pat Barnes... (COP) yea, 2 command to 24 Pat Barnes I have my 2nd district car here do you have that complainant to transport him down..... (COP) yea, I'm right on Frankfrd av..... (COP) 8 Barnes I have 3 officers going into 4458 Strahle, the owner of the property says that she has a deck and the back window to her kitchen is now open, 3 officers from, I believe the 24th are going in, I'm in the rear wi 824..... (COP) 108 anything unique about this white auto that fled.... 811 anything unique about this white auto that fled, an older modle white Chrysler, older modle Chrysler or olds.... (COP) K to A where did they say they had that back wind open.... (DIS) 4558 Strahle..... (COP) Not 4458 Strahle..... (DIS) 4458 Strahle....

TR.#19    (COP) K to A do they need K9 to search a garage also somewhere.... (COP) 25 command (DIS) ...... Alright, that's a negative the garage is clear....

TR.#20    (COP) command can you have 8 Barnes come back to me please..... (DIS) 8 Barnes..... (COP) 8 Barnes en route..... (COP) 233..... (DIS) 233..... (COP) ? ..... 4200 Holmsburg .... (COP) you said 4200 Holme..... (DIS) Holmsburg..... (COP) ..... (COP) 24 Pat Barnes 233 car is gonna be transporting these witnesses down to that location for me...... (DIS) Received.

TR.#21    (COP) command...... (DIS) command..... (COP) Mahm, if you could raise any people from Ea division from the 25th oh, __ come in and commissioner they can start resumin ..... (DIS) all units from east division from the 25th you can start resuming..... (COP) it's possi if they haven't switched over can you maybe give that to their band..... (DIS) Already did..... (COP) Thanks

13

D-8

TR. # 22 — (COP) 8 B what was the actual time of this call..... Far Northeast...... (DIS) 8 Barney 8:.... (DIS) Proceed.... (COP) — — whats the exact location, whats the staging area.... (DIS) it's, 8 Barney...... (COP) Yea, go ahead...... (DIS) do we have a staging area for this Stahle..... (COP) Yea, it's gonna be in the Rita's water ice right next to the cvs... (COP) Okay, whats the location there sir..... (DIS) 8 B whats the location..... (COP) — — heading back..... (DIS) — 8 B whats the location of the Rita's water ice... (COP) it's right next to the CVS Ma'am, whats the address to the cvs 8400... (COP) Ah — I've got it..... (COP) Actually 8 B maybe or Ah 4400 Stahle all the _ taking — or taking to Rita's lot..... (COP) Alright, so the staging area is gonna the 4400 block Stahle..... (COP) Correct.... (COP) okay

TR. # 23 — (COP) Ah J to Far Northeast..... (DIS) Proceed Northeast...... (COP) exactly what do we have and wha the location..... (DIS) we have open property 4458 Stahle but they have a staging area at 4400 Stahle..... (COP) — 4458 is the property opened in the rear or the front..... (DIS) 8 Barney is the property was it opened in the rear or the fro I know they said a window was open..... (COP) 813..... (DIS) 813..... (COP) I have the K searching out here, you still want him around that side..... (DIS) Alright, theres the K9 sergeant out there where do you want him..... (COP) 1539 he still out on Stahle

TR. # 24 — (DIS) ? Alright, do I have anybody thats out on Stahle..... (DIS) 811, 811.... (COP) I'm holding th car in the alleyway between Ah Stahle and Benson, 811 what are you lookin for..... (COP) I have a K9 unit they want to know Ah K9 sergeant are on locatio they want to know where they want for the search, do I have any units o this 4458 Stahle..... (COP) 813 just keep me advised K9 _ _ the staging area. ... (DIS) Alright received.... (COP) 2511 just want you to know the house on Stahl was searched and cleared..... (DIS) okay received.

14

D-8

TR.#25   (COP) Ah J to the NORTHEAST..... (DIS) Proceed..... (COP) ___ was that 4458 Strahle StRE

cleared..... (DIS) That's correct, the property was searched and cleared...... (COP) does he

still NEED S.W.A.T. to respond.... (DIS) Do they still NEED S.W.A.T. out there ON

Strahle...... ? ..... (COP) 8 B go ahead...... (DIS) Do ya All still NEED S.W.A.T. o

here on Strahle.... (COP) NEGATIVE.... ? ___ ..... ? ___ ..... (COP) yea, we'll

still be EN ROUTE, we'll let you KNOW when we get there..... (DIS) Thank you.


TR.#26   (COP) ..... (DIS) ..... (COP) MA'AM RAISE 8 BARNEy for me..... (DIS) 8 BARNEy 8 BARN

..... (COP) 8 B..... (COP) command to 8 BARNEy um we recovered, there's A

fragment up here it went through outside wall went through the bed into t

door FRAME AND fell on the FLOOR by the uh base molding..... (COP) RECEIVE, Aleij

you CAN uh KEEP 34 over there and I'll send crime scene over there wh

they get here....


TR.#27   (COP) 108..... (DIS) 108..... (COP) WE'RE INSIDE the uh ___ do we have Any, uh was it posit

NEGATIVE ON the CAR stop in the 25th..... (DIS) WAS that A NEGATIVE I.D. ON

the car stop does Anybody KNOW..... (COP) WAS it the CAR stop that 2522

had..... (DIS) That's correct..... (COP) yes, that was NEGATIVE he made two ___

stops..... (DIS) 108 with NEGATIVE Results.....


TR.#28   Nothing

EXHIBIT
D-9

Gov. Exhibit #65 Evidence
EDITED DISPATCH TAPES TRANSCRIBED
FROM 2-14-11 at Approx. 8:35 p.m

Male with gun in store ..... 8525 Frankford Assist officer...police fire radio...
Radio shots fired assist officer .... 701 Location... Are anyone else on
location .... Shots fired.... one anyone else on location with Tom 7... Tom 7
is any cop shot..... A lot of shots from rear of store .... 13 I had to
discharge.... Alright 13 is doer shot.... WE'RE still running Eastbound,
street coming down to ditman.... FLASH on the ...... CAN you give me
Flash.... 13 give me Flash is anyone shot in store.... MA'AM I'm
running out here ..... Alright do you have Flash on male with gun...
he's all in black, both are all in black....The males are all in
black Last seen going Eastbound..... If it's up.... Not up... Alright
the male is in black last seen running through alley.... Ma'am
I discharged behind CVS he pointed a weapon at me right before
he went over the fence, Just Keep area secured there, unless
they ditched it.... Alright 813 discharged in rear of CVS, alright....
where's he at with the male, where did he last see the male at....
Alright 13 where are you at now.... he last seen going through
alley towards ditman.... Hey Barry I need cars 43 -4200 blakeston
street... of strahle... set up perimiter now, get us more people
now.... 2nd Assist 4300 Ditman .... 13 the one with gun fired
he's wearing all black.... Any injury to police, any cops shot anyone
shot..... Nobody shot but police discharge.... How many... that would be
me, I don't know who else ... I need cars 42-4300 Benson as well
as one block South of Benson.... I need some units 4200 and
4300 Benson..... The white male with the... hood in black, I may
have got him in the right leg _____ white male may be shot in
the right leg ... 811 I have any _____ here who Attempted
to take his vehicle they pointed a gun at him....

EXHIBIT
D-10

| INVESTIGATION   INTERVIEW   RECORD | PHILADELPHIA POLICE DEPARTMENT HOMICIDE DIVISION | CASE NUMBER | | |
|---|---|---|---|---|
| | | INTERVIEWER | | |

**NAME** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**ADDRESS** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**NAME OF** CVS

**ADDRESS OF EMPLOYMENT/SCHOOL** 8525 FRANKFORD AVE.   CVS   **DEPARTMENT** Pharmacy

**DATES OF PLANNED VACATIONS**

**DATES OF PLANNED BUSINESS TRIPS**

**NAME OF CLOSE RELATIVE** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**ADDRESS** SAME ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**PLACE OF INTERVIEW** CVS   **DATE** 2/14/11   **TIME** 930 PM

**BROUGHT IN BY** **DATE** **TIME** AM PM

**WE ARE QUESTIONING YOU CONCERNING**

**WARNINGS GIVEN BY** **DATE** **TIME** AM PM

**ANSWERS**   (1)   (2)   (3)   (4)   (5)   (6)   (7)

Tell me WHAT Happened tonight while you were
WORKING.  IT WAS ABOUT 8³⁰ Pm, I WAS BEHIND
the Pharmacy COUNTER when I HEARD A NOISE, MY
Employee Brittany Scream, I turned & SAW
ONE OF the guys Jumping over the COUNTER. He
HAD WHAT Looked like A HANDGUN, Glock style.
He SAID to me "OPEN UP the SAFE Quickly"
"Nobody's Gonna get hurt, Just open the safe".
He DIDN'T point the GUN DIRECTLY At me He just
BRANDISHED the GUN (IN HIS HAND IN FRONT OF HIM). THERE
ARE TWO SAFES I OPENED Both SAFES. HE GRABBED
A Green trash bag from a trash bag. He SAID "fill
it up" I STARTED filling it up With the Drugs
from the safe. Brittany came over & started
helping me. He then SAID "Get Suboxone & XANAX.
Brittany went over to the shelves & got them.

**RECORD** ☐ Yes ☐ No   **CHECKED BY** ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

**REVIEWED BY**

75-483 (Rev. 7/82)

D-10

| INVESTIGATION INTERVIEW RECORD | CITY OF PHILADELPHIA |
| CONTINUATION SHEET | POLICE DEPARTMENT |

| NAME ████████████ | PAGE 2 | CASE NO. |

Me + Brittany continued to fill the bag. He then came over + shoveling the drugs into the bag. He was pulling out the drawers + asking what was in there. He kept asking where the money safe is, I told him there was no money safe in the pharmacy. He was pulling out other drawers. Then the other guy came back with the longer gun + tan ski mask. It appeared he was trying to open the cash register. the first guy was calling the other guy by the name (Donny). the second guy started towards the front of the the store. I saw the cops + the guys started scambling. Brittany & I were crouched behind the counter + started hearing shots being fired. At that point I don't know where they fled.

Q. Describe the 1st guy with the hand gun?
A. He was about 5'5"-5'6" male, white, dark mask, I couldn't tell you anything else, maybe mid 30's.

Q. Describe the second guy with the longer guy?
A. He was wearing a tan or light brown mask, maybe late 30's early 40's, 5'6"-5'7", male, white, large nose, the gun looked like a half a rifle. brownish in color.

75-483A

D - 10

## INVESTIGATION INTERVIEW RECORD
### CONTINUATION SHEET

CITY OF PHILADELPHIA
**POLICE DEPARTMENT**

| NAME | ▮▮▮▮▮▮▮▮ | PAGE 3 | CASE NO. |

Q. Can you describe their mask?

A. No it covered lower face + forehead, just there nose + eyes were showing.

Q. Could you see the color of their eyes?

A. No.

Q. AFTER READING your statement is there anything you want to add?

A. the 1st guy took my cell phone from the counter + threw it.

Q. Were they both wearing glove?

A. I couldn't say.

▮▮▮▮▮▮▮▮▮▮▮▮

75-483A



EXHIBIT
D-11

Cop - Shooter                                                                D-11

I.A.D PS#11-13

STATEMENT OF:          P/O James Snyder   AGE:53   RACE: W   SEX: M
                       BADGE #6860   PR#▮▮▮▮▮   APPOINTED: 6-16-80
                       DISTRICT: 8th District       PLATOON: 1-B
                       TELEPHONE: 215-686-3080

DATE AND TIME:         Thursday, September 15, 2011, 12:00 PM
PLACE:                 Internal Affairs Division
                       7790 Dungan Road, Philadelphia, Pa. 19111.

BROUGHT IN BY:         Self

DATE AND TIME:         Thursday, September 15, 2011, 11:30 AM

CONCERNING:            The Discharge of your firearm that occurred on Monday,
                       February 14th 2011, at approximately 8:33 PM in the rear of
                       8525 Frankford Avenue.

IN THE PRESENCE OF:    Lt. John Prendergast #159, I.A.D Shooting Team.
                       Danielle Nitti E.s.q. FOP Legal Rep.

RECORDED BY:           Lt. John Prendergast #159, I.A.D Shooting Team.

Officer, I am Lt. John Prendergast #159, I.A.D.  I will be taking your statement on a word
processor.  Also present is your attorney Danielle Nitti

Officer, we are conducting an official administrative inquiry concerning the performance
of your duties as a police officer.  Police Department employment regulations require any
police officer that discharges a firearm to account for and make a statement regarding
their actions. The District Attorney's Office reviews all firearm discharge incident, and in
this case, Christopher Diviny, Chief of the Special Investigations Unit of the Philadelphia
District Attorney's Office informed me in a letter, received on 8-2-11 that this
investigation is no longer the subject of a criminal investigation by the District Attorney's
Office.

Therefore, pursuant to Police Department Directive #10, relating to all discharges of
firearms by police personnel, you will now be interviewed by an I.A.D Shooting Team
Investigator.

1                    P/o Snyder 6860

Pursuant to Philadelphia Police Department Disciplinary Code, You are reminded that failure to cooperate in any Departmental Investigation is punishable by ten (10) days suspension to Dismissal under Article 1-008-10 of the Disciplinary Code. You are also reminded that lying or attempting to deceive regarding a material fact during the course of any Departmental investigation is punishable by Dismissal under Article 1-009-10 of the Disciplinary Code.

Q.  Do you understand this?

A.  Yes.

Q.  Are you willing to cooperate?

A. Yes

Q.  Are you represented by counsel?

A. Yes

Q.  Did you have an opportunity to consult with your attorney regarding this matter?

A. Yes

Q.  What is your full name, rank, badge number, and district or unit of assignment?

A. James Snyder, Police Officer, badge #6860, and I am assigned to the 8th District.

Q. How long have you been a police officer?

A. January 1988, I was a prison guard prior to that for about 8 yrs.

Q. How long have you been assigned to the 8th District?

A. Since March 1992

Q. What was your tour of duty and assignment on Monday, 2-14-11?

A. I was working the 3:00 PM to 11:00 PM tour of duty assigned to RPC 812, and I was solo.

Q. Were you in uniform or civilian attire?

A. In uniform

2

D-11

Q. Will you please go on in your own words and tell me all that you know about this Incident.

A. At approximately 8:30 PM there was a police radio call for a robbery in progress at 8525 Frankford Avenue at the CVS store. I started to drive to that location, I remember 8-T-7, P/O Seymour and P/O Schmid come over radio and stated that they were location and stated that the males were still inside the store. About thirty seconds later one of the officers stated that there were shots fired from inside the store. I pulled up on an angle on Strahle Street facing the store. I knew the two officers were still inside the store, because I did not see the officers outside. I exited my vehicle, drew my firearm and saw a police vehicle, RPC 822 parked on Strahle facing the back of the store, also on an angle. I proceeded to that officer's location at the back of the store. I was about half way to RPC 822 when I heard P/O Boccalupo yelling three or four times, "Get down on the ground, get down on the ground." I can't see the officer, but I ran towards his car. When I reach the patrol car, I heard gunshots, it sounded like it was coming from right were his car was. I ran to the where the fence line ends, it came right up to the sidewalk. I look down the driveway and did not see anything. I step from cover and that is when I saw a guy get up from a crouching position, and face us. I then discharged my weapon. The male moved east towards the middle of driveway, and that is when I fired two more times. The male then ran behind the driveway and I lost sight of him at this point. I then ran south down the driveway and then east through the driveway between Starhle and Benson Street. The male was running towards Jackson Street. The male was a great distance away from us. I saw a car parked in the driveway with the driver's side door opened. There was an old guy next to the car and I could see the suspect running and make a right turn onto Jackson Street. The suspect ran southbound on Jackson towards Benson. When I got down to Jackson Street I could not see the male. I was looking for a a getaway car, or something it was quiet. I figured he must have been hiding in one of these rear yards. I was searching for about fifteen twenty minutes, and then a sergeant was requesting badge numbers of officers who discharged their firearms. I went back to the front entrance to CVS and told the sergeant that I had discharged my firearm. Sgt. Labrice checked our weapons and transported us to Internal Affairs.

Q. How many suspects did you see?

A. Just the one that was crouched down on the other side of the fence.

Q. Can you describe that suspect?

A. Dark clothing, he looked rather tall when he stood.

Q. When that guy stood yup how tall was he?

A. About six feet.

Q. Could you tell me what race he was?

saw all this running and no limp?

3          P/o Snyder 686o

A. No, I could not tell you it happened so fast.

Q. At what point did you draw your firearm?

A. When I got out of the car, I heard over police radio from officers inside that shots were fired, so I knew we were dealing with armed suspects.

Q. What were the lighting conditions at the place of occurrence?

A. Street lighting on Strahle. There was lighting on the wall of CVS. There was a street light behind RPC 822. I could see the male when he stood up. There was some light shining through from the driveway and the back of the store.

Q. What were the weather conditions at the time of occurrence?

A. It was a cool night, no rain.

Q. Where exactly was the suspect when you fired?

A. He was next to the fence on the residential driveway side when he stood up.

Q. How far were you from the suspect when you fired?

A. I was at the end of the fence, and he was about at the start of the driveway. Parallel to the CVS drive through window.

Q. Were any other officers present at the time of the discharge, and what were their actions?

A. The only officer that I saw was P/O Boccalupo and he was positioned to my left and behind me near his car. I could hear that he was firing his weapon.

Q. Were any civilians present, and what were their actions?

A. I did not remember seeing anybody at the time, just the old guy standing next to his car at the middle of the driveway.

Q. How many shots did you fire?

A. Three.

Q. What direction did you fire in?

A. South

P/O Snyder #6860

4

D-11

Q. What was the suspect doing?

A. He was coming out of a crouch position, he was moving, and my first thought was this guy is going to fire at us again.

Q. Did you see P/O Boccalupo shooting prior to reaching the fence?

A. I did not see him, I heard him, Right before I hit the fence I heard him yelling to get down and then I heard multiple gunshots. I believed at this point there was an exchange of gunfire going on. I went to the end of the fence and then saw a guy pop up from a crouched position and I thought he was going to shoot, and that is when I discharged my firearm.

Q. Did you see the suspect with a gun?

A. No, I he got up, and I thought he was going to start shooting.

Q. Did the suspect say anything to you?

A. No.

Q. Did you hear anything while at the scene?

A. Multiple gunshots, P/O Boccalupo yelling and that is it.

Q. What did you do after you discharged your firearm?

A. When the suspect was out of sight, I went in foot pursuit after him down the driveway.

Q. Why did you shoot?

A. I fear for my life and P/O Boccalupo. The suspect fired inside the store and then outside with P/O Boccalupo. I thought when he stood up he was going to start firing at us again.

Q. Were you injured?

A. No.

Q. Were any civilians injured?

A. No, not that I know of.

Q. Are you right handed or left handed?

A. Right handed.

5   P/O Snyder 6860

D - 11

Q. Is your firearm registered with the Police Department as required by Directive #100?

A. Yes, it is a city issued firearm.

Q. Officer, as per procedural Directive #10, you are not to disclose any information about this incident to anyone else except personnel from I.A.D., or your attorney. Do you understand?

A. Yes

Q. You may testify in court do you understand?

A. Yes.

Q. Officer, having had an opportunity to review your statement with is there any anything you wish to add at this time?

A.

STATEMENT CONCLUDED: THURSDAY, 9-15-11, AT 1: 00 PM.
I HAVE READ THE FOREGOING STATEMENT CONSISTING OF SIX (6) PAGES, AND IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

NAME: _James Snyder_      WITNESSES: _Thomas McNeil #159_
UNIT: _8-1-B_
DATE & TIME: _9-15-11   1:07m_

P/o Snyder #6860

6

EXHIBIT
D-12

D - 12

COP- Shooter



I.A.D PS#11-13

| | |
|---|---|
| STATEMENT OF: | P/O Dimitrios Loizos  AGE: 32  RACE: W  SEX:M<br>BADGE #2015  PR#▮  APPOINTED: 4-14-03<br>DISTRICT: 8th District  PLATOON: 1-B<br>TELEPHONE: 215-686-3080 |
| DATE AND TIME:<br>PLACE: | Thursday, September 15, 2011, 10:00 AM<br>Internal Affairs Division<br>7790 Dungan Road, Philadelphia, Pa. 19111. |
| BROUGHT IN BY: | Self |
| DATE AND TIME: | Thursday, September 15, 2011, 9:40 AM |
| CONCERNING: | The Discharge of your firearm that occurred on Monday, February 14th 2011, at approximately 8:33 PM in the rear of 8525 Frankford Avenue. |
| IN THE PRESENCE OF: | Lt. John Prendergast #159, I.A.D Shooting Team.<br>Danielle Nitti, E.sq. FOP Legal Rep. _Danielle Nitti_ |
| RECORDED BY: | Lt. John Prendergast #159, I.A.D Shooting Team. |

Officer, I am Lt. John Prendergast #159, I.A.D. I will be taking your statement on a word processor. Also present is your attorney Danielle Nitti, Esq.

Officer, we are conducting an official administrative inquiry concerning the performance of your duties as a police officer. Police Department employment regulations require any police officer that discharges a firearm to account for and make a statement regarding their actions. The District Attorney's Office reviews all firearm discharge incident, and in this case, Christopher Diviny, Chief of the Special Investigations Unit of the Philadelphia District Attorney's Office informed me in a letter, received on 8-2-11 that this investigation is no longer the subject of a criminal investigation by the District Attorney's Office.

Therefore, pursuant to Police Department Directive #10, relating to all discharges of firearms by police personnel, you will now be interviewed by an I.A.D Shooting Team Investigator.

D-12



FRANkFoRd AVE.

FRONT DOOR

DRIVE THRU

DRIVE THRU WINDOW

C.V.S.

STRAHLE ST.

808 Car

P/o Bocaluya

COMMON DRIVEWAY

COMMON DRIVEWAY

P/o Bocaluyar #4826
9-23-11  11:00AM

D-12

Pursuant to Philadelphia Police Department Disciplinary Code, You are reminded that failure to cooperate in any Departmental Investigation is punishable by ten (10) days suspension to Dismissal under Article 1-008-10 of the Disciplinary Code. You are also reminded that lying or attempting to deceive regarding a material fact during the course of any Departmental investigation is punishable by Dismissal under Article 1-009-10 of the Disciplinary Code.

Q.  Do you understand this?

A.  Yes.

Q.  Are you willing to cooperate?

A.  Yes

Q.  Are you represented by counsel?

A.  Yes

Q.  Did you have an opportunity to consult with your attorney regarding this matter?

A.  Yes

Q.  What is your full name, rank, badge number, and district or unit of assignment?

A.  Dimitrios Loizos, Police Officer, badge #2015, and I am assigned to the 8th District.

Q.  How long have you been a police officer?

A.  8 yrs.

Q.  How long have you been assigned to the 8th District?

A.  3 or 4 yrs. Before that I was in the 23rd District. I was assigned there from the academy.

Q.  What was your tour of duty and assignment on Monday, 2-14-11?

A.  I was assigned to RPC 813 with P/O Jerricho, and we were working the 4:00 PM to 12:00 Am tour of duty.

Q.  Were you in uniform or civilian attire?

A.  We were both in uniform

#2015

D-12

Q. Were you the driver or the recorder?

A. I was the recorder

Q. Will you please go on in your own words and tell me all that you know about this Incident?

A. At approximately 8:30 Pm, we responded to a police radio call for a robbery at the CVS located at 8525 Frankford Avenue. My partner pulled up at Frankford and Benson Street. I saw several people across the street near the church and they were pointing in the direction of the rear of the CVS. Police radio came over prior and stated that it was a founded robbery at the store. We exited our patrol car and I started walking across the parking lot and down the driveway towards the drive through window. As I was walking down the driveway I heard shooting going on at the rear of the store. When I approached the window I saw that it was broken and it had several holes in it. To me it looked like it had been shot out. I peeked in the window to make sure nobody else was coming through the window. I did not see anybody else near the window. I then focused my attention towards the fence which was lined with trees and shrubs, and bushes. I could see a person on the other side of the fence, and this person was firing north down the drive way towards Strahle Street. Prior I believe P/O Boccalupo came over radio and stated that he was taking the rear of the store. I just assumed it was P/O Boccalupo and other officers in the back of the store and that would be the direction the males were firing in. I then drew my firearm and discharged it three times at the male firing down the driveway. This all happened in a matter of seconds. After I discharged my firearm, I saw a second guy on top of the fence drop down towards the ground. Both male then ran down the driveway, eastbound towards a street I just don't recall the name of the street right now. I did not even see the second guy on the fence until he jumped down from it. That's how fast it was. I waited a bit, because I did not want to turn the corner with officers positioned on the other side. I then went over radio and provide them with information that two males ran down the driveway, and I believe I told them that I had discharged my firearm. I then peeked around the corner and saw P/O Snyder near Strahle Street, I asked him if he was OK, and he said "yes" P/O Boccalupo was then running on the other side of the fence towards the driveway in foot pursuit of the males. I ran on foot east on Strahle to see if I could head them off down the end of the block.

Q. Can you describe the suspects?

A. Both males were dress in black

Q. Let's take the guy armed with a gun, what was he wearing?

A. Dark clothing.

Q. How tall was he?



3

D-12

A. 5ft 8 or 6ft, he was thinner than the second guy.

Q. Can you picture or remember anything else about this guy, the one with the gun firing?

A. No.

Q. The second guy on the fence, what do you remember about him?

A. He looked a little more stocker than the first guy. I am not sure about height, but he was close to the other guy. He had some kind of head covering on, it looked like a ski mask, it was black. I could tell that he was white because you could see the white skin around his eyes. Oh, his clothing was puffy, like he was wearing layers. It was cold that day.

Q. Can you remember anything else about these guys?

A. Yes, when he jumped from the fence he went down on one leg, it appeared to be his right leg.

Q. Was the suspect (s) operating a vehicle?

A. I don't know.

Q. When you reached the ended of Strahle Street what did you observe?

A. I saw other officers. I saw an officer talking to a white male, standing beside his vehicle.

Q. Do you remember what kind of car the male had?

A. No.

Q. At what point did you draw your firearm?

A. As soon as I exited my patrol vehicle and heard shots being fired. I believe P/O Seymour and P/O Schmidt, one or both may have come over police radio and stated that shots were fired inside the store.

Q. What were the lighting conditions at the place of occurrence?

A. It was poor, there was some lighting from the window, and maybe a light at the top of the store. By the fence area it was dark.

4

*2015

D-12

Q. What were the weather conditions at the time of occurrence?

A. It was clear but cold. There was some snow or ice on the ground.

Q. Where exactly was the suspect when you fired?

A. He was on the other side of the fence firing north towards Strahle Street.

Q. How far were you from the suspect when you fired?

A. About 15 to 20 feet.

Q. Were any other officers present at the time of the discharge, and what were their actions?

A. My partner, P/O Jericho stated later that he was behind me a couple of steps. P/O Synder and P/O Boccalupo were at the rear of the property near Strahle Street.

Q. Were any civilians present, and what were their actions?

A. I only remember the ones near the church that was across the street from the CVS.

Q. How many shots did you fire?

A. I fired three.

Q. What direction did you fire in?

A. Eastbound.

Q. What was the suspect doing?

A. The suspect was firing north towards what I believed to be other officers.

Q. Did you see the suspect with a gun?

A. Yes.

Q. Can you describe the suspect's gun?

A. No, but I could see the flash coming from it.

Q. How many shots did the suspect fire?

A. I could not tell, all I could hear were multiple gunshots being exchanged.