D-18



Approved by the Laboratory Director

# FAX COVER SHEET



# PHILADELPHIA POLICE DEPARTMENT
## Criminalistics Unit - DNA Laboratory
### Phone: 215-685-3161          Fax: 215-685-3158

**TO:** _A USA Thomas Swaston, US Att. Office_
_A USA - John Coyle  215-_
_418-4160_

**FROM:** _Ben Levin_

**RE:** _Lab # 11-10202, 11-10214._

**MESSAGE:**

_Dna Report_

## Total Pages including cover sheet: _3_

This facsimile transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this facsimile by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author that you received this message by mistake and also destroy the original and all copies of this facsimile and any attachments. Thank you.

Rev #01 02-01-2006          Form 18          last reviewed 5/13/2011
Authorized by Laboratory Director

 



**Philadelphia Police Department**
**Forensic Science Bureau**
**DNA Laboratory Report**
**843–849 N. 8th Street – 3rd Floor**
**Philadelphia, PA 19123**



Attn: Det. Baird II #953, Det. Kane
Philadelphia Police Department
Northeast Detective Division
Harbison & Levick Streets, 2nd Floor
Philadelphia, PA 19149

Attn: Det. Mooney
Philadelphia Police Department
Major Crimes Unit
39th Street and Lancaster Ave
Philadelphia, PA 19104

Attn: AUSA Thomas Swanton
U.S. Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Date: 2/10/2012
Lab#: 11-10202, 11-10214
DC#: 11-08-005476, 11-08-006226
NEDD#: 11-1773
P/S#: 11-0013

**Investigation of the robbery of Blue Grass Pharmacy at 2417 Welsh Road and the robbery/police shooting at CVS Pharmacy at 8525 Frankford Avenue**

DNA isolation procedures were performed on the below listed samples, amplified using Polymerase Chain Reaction (PCR) and typed using the Promega PowerPlex® 16 STR DNA typing kit. The analysis of the below listed samples and any conclusions drawn from the results thereof were conducted in accordance with the Philadelphia Police Department DNA Laboratory Quality Assurance Manual, FBI Quality Assurance, ISO/IEC 17025 and FRA1 requirements for accreditation through Forensic Quality Services (FQS).

| Sample # | PR # | Item Description |
|---|---|---|
| 36236 | 9012050 | Item A, one swab from the steering wheel and the driver's controls |
| 36237 | 9012050 | Item B, one swab from the interior driver's and passenger door handles and buttons |
| 36238 | 9012050 | Item C, one swab interior driver's side passenger door handles and buttons |
| 36239 | 9012050 | Item D, one swab from the four exterior handles |
| 36240 | 9012070 | Item A, one swab collected from an eight oz. can of WD-40 lubricant |
| 36241 | 9012070 | Item B, one swab collected from one empty white plastic bottle of "KADIAN" 30mg capsules and one empty white plastic bottle of "METHYLIN" 25 mg tablets |
| 36242 | 2951890 | Sample 6A, cutting from the inside end of the tan shirt sleeve |
| 36243 | 9012064 | Item F, one swab of a black BB pellet handgun |
| 36244 | 9012065 | Sample A1, swab of the inside of the mask |
| 36245 | 9012065 | Sample E1, swab of fabric |
| 36250 | 2992176 | Buccal swab, Joseph Meehan |
| 36251 | 2992177 | Buccal swab, Jonathan Andrews |

**CONCLUSIONS:**

1. The DNA profile obtained from sample 36236 consists of a mixture originating from an unidentified female as a major contributor and at least two additional contributors, at least one of whom is male. Due to the limited data obtained, the origin of the DNA relative to Joseph Meehan and Jonathan Andrews is inconclusive.

2. The DNA mixture detected in sample 36237 is 65,440 times more likely to occur under the scenario that it is a mixture of DNA originating from a random unrelated person and Joseph Meehan, as opposed to the scenario that it originated from a mixture of DNA from two random unrelated people in the African American population, 14,030 times more likely to occur under the scenario that it is a mixture of DNA originating from a random unrelated person and Joseph Meehan, as opposed to the scenario that it originated from a mixture of DNA from two random unrelated people in the Caucasian population and 8,820 times more likely to occur under the scenario that it is a mixture of DNA originating from a random unrelated person and Joseph Meehan, as opposed to the scenario that it originated from a mixture of DNA from two random unrelated people in the Hispanic population. Due to the limited data obtained, the origin of the DNA relative to Jonathan Andrews is inconclusive.

3. A mixture of partial DNA profiles originating from at least three contributors was obtained from sample 36238. Due to the limited data obtained, the origin of the DNA relative to Joseph Meehan and Jonathan Andrews is inconclusive.

4. A partial DNA profile was obtained from sample 36239. Joseph Meehan is excluded as a contributor of the partial DNA profile obtained from this sample. Due to the limited data obtained, the origin of the DNA relative to Jonathan Andrews is inconclusive.

5. No DNA results were obtained from sample 36240.

6. A partial DNA profile was obtained from sample 36241. Due to the limited data obtained, the origin of the DNA relative to Joseph Meehan and Jonathan Andrews is inconclusive.

7. A mixture of partial DNA profiles originating from at least two contributors, at least one of whom is male, was obtained from sample 36242. Due to the limited data obtained, the origin of the DNA relative to Joseph Meehan and Jonathan Andrews is inconclusive.

8. A mixture of partial DNA profiles originating from at least two contributors, at least one of whom is male, was obtained from sample 36243. Both Joseph Meehan and Jonathan Andrews are excluded as contributors of the mixture of partial DNA profiles obtained from this sample.

9. The DNA profile obtained from sample 36244 consists of a mixture originating from at least two contributors, at least one of whom is male. Jonathan Andrews is included as a source of the major component. The probability of randomly selecting an unrelated individual with this DNA profile is 1 in 16.5 sextillion in the African American population, 1 in 552.8 quintillion in the Caucasian population and 1 in 809.7 quintillion in the Hispanic population. Due to the limited data obtained, the origin of the minor component relative to Joseph Meehan is inconclusive.

10. A mixture of partial DNA profiles originating from at least two contributors, at least one of whom is male, was obtained from sample 36245. Both Joseph Meehan and Jonathan Andrews are excluded as contributors of the mixture of partial DNA profiles obtained from this sample.

**DISPOSITION OF EVIDENCE:**
All processed DNA extracts have been retained in the DNA Laboratory.
The evidence and reference items have been returned to the Trace Laboratory.

Date: 2/10/2012

Lab #: 11-1Q202, 11-1Q214  DC #: 11-08-0005476, 11-08-006226

## SUMMARY OF POWERPLEX 16 STR & AMELOGENIN TYPING:

| Sample # | D3S1358 | TH01 | D21S11 | D18S51 | Penta E | D5S818 | D13S317 | D7S820 | D16S539 | CSF1PO | Penta D | Amelogenin | vWA | D8S1179 | TPOX | FGA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36236 | 14,15,(16),(17),(18) | (6),7,9 | (28),29,31.2 | 6,8,(9),9.3 | 10,10 | (11),12,15 | 11,12,(13) | (8),10,11 | 9,12 | 7,11 | 2,2,(9),(10),(13) | X,(Y) | 16,17,(19) | 13,14 | 8,9 | 21,22,(23) |
| 36237 | 14,16,17,18 | 6,8,(9),9.3 | 28,31 | (6),(7),8,9,(9.3) | NR | NR | (12),13,(14) | 8,(9),10 | 12,(13) | NR | 12 | X,(Y) | 16,(17),(19) | 15 | NR | 21,23 |
| 36238 | 15,16 | (6),(7),8,9,(9.3) | 28 | NR | NR | NR | 11,(12) | 8,10 | 12 | NR | NR | X,(Y) | 16,18 | NR | 8 | NR |
| 36239 | NR | NR | NR | NR | NR | NR | NR | NR | 11 | NR | NR | NR | NR | NR | NR | NR |
| 36240 | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | NR | X | NR | NR | NR | NR |
| 36241 | NR | NR | NR | NR | NR | NR | NR | 10 | NR | NR | NR | X | NR | NR | NR | NR |
| 36242 | 16,18 | (6),8,9.3 | 28 | 10,14 | NR | 11,12 | 10,14 | 8,10 | 13 | NR | NR | OQ,Y | 19 | 13 | NR | NR |
| 36243 | 16 | 9.3 | 31.2 | NR | 11,(15),19 | 10,11,12 | NR | 13 | 10,11 | NR | 13 | X,Y | 17 | 14 | 8 | 20,(21) |
| 36244 | 14,16 | 9,9 | 30,32.2 | (15),16,20 | 11,(15),19 | 10,11 | 8,13 | 8,10 | 11,13 | 12,12 | 12,13 | X,Y | 16,17,(19) | 12,13 | 8,10 | 20,21 |
| 36245 | (16),17 | 7,(9),9.3 | (29),30 | 15,17 | 5 | 12,14 | 8,12 | 8,8 | 12,13 | 12 | 8,11 | X,Y | 16,21 | 12 | (8),12 | 17,(21),22,(23) |
| 36250 | 16,18 | 6,8 | 28,32.2 | 15,17 | 15,15 | 11,12 | 12,14 | 8,10 | 12,13 | 9,10 | 9,14 | X,Y | 19,19 | 13,13 | 8,8 | 20.2,23 |
| 36251 | 14,16 | 8,9 | 30,(32.2) | 16,20 | 11,19 | 10,11 | 8,12 | 8,10 | 11,13 | 12,12 | 12,13 | X,Y | 16,17 | 12,13 | 8,10 | 20,21 |

( ) – lighter intensity allele  NR – no DNA result

Benjamin S. Levin  
Forensic Scientist II

Laboratory User Fee Requested: $6,900.00

PPD DNA LABORATORY   Fax 215-685-3158   Feb 10 2012 07:29pm   P004/004

**Philadelphia Police Department**
**Forensic Science Division**
**Criminalistics Laboratory Report**
**843-849 N. 8th Street – 3rd Floor**
**Philadelphia, PA 19123**
**(215) 685-3149**



2012 FEB 13  A 11: 26

| | | |
|---|---|---|
| Philadelphia Police Department | US Attorney's Office | DATE: 02/02/2012 |
| Internal Affairs | ATTN:AUSA Swanton | LAB#: CRIM11-10214 |
| ATTN: LIEUT Prendergast #0159 | 615 Chestnut St, Suite 1250 | DC#: 11-08-006226 |
| 7790 Dungan Road | Philadelphia, PA 19106 | P/S#: 11-0013 |
| Philadelphia, PA 19111 | | CSU#: 11-115 |
| | | NEDD#: 11-1993 |

The Investigation of a Robbery and Police Shooting at CVS Pharmacy on 8525
Frankford Avenue

The Defendants are Jonathan Andrews and Joseph Meehan

Results of examinations and analyses on the evidence described on the
following property receipt(s) are:

**Property Receipt # 9012064**
Submitted by P/OFF Davis #3151 (Crime Scene Unit) on February 21,2011 at
01:44 PM
The following item was collected from a .177 caliber black "American
Classic" BB pellet handgun model# 1377 listed as item #4 on Property
Receipt# 9012069:

| Item # | Sample # | Description |
|---|---|---|
| F | | One(1) light grey stained swab |

**Notes**
Item F was saved for possible DNA analysis.

**Property Receipt # 9012065**
Submitted by P/OFF Davis #3151 (Crime Scene Unit) on February 21,2011 at
01:40 PM

| Item # | Sample # | Description |
|---|---|---|
| A | | One(1) black knit mask. Microscopic examination detected several light and dark brown human hair with roots. The item was recovered from the rear driveway area near Strahle Street and 8525 Frankford Avenue. |
| | A1 | Swab of the inside of the mask |
| | A2 | One(1) hair fragment with a root |
| | A3 | One(1) hair fragment with a root |

LAB# CRIM11-10214

| | A4 | One(1) hair fragment with a root |
|---|---|---|
| C | | One(1) green "Blistex MEDICATED" lip balm recovered from rear driveway area behind 4426 Strahle Street |
| | C1 | Swab of lip balm |
| D | | One(1) white and green fabric bag recovered from inside 8525 Frankford Avenue |
| | D1 | Swab of bag handle |
| E | | A 2 1/2" X 1" piece of black fabric recovered from a barbed wire fence located at rear outside of 8525 Frankford Avenue |
| | E1 | Swab of  fabric |

**Notes**
Samples A1, A2, A3, A4, C1, D1 and E1 were saved for possible DNA analysis.

**Property Receipt # 2951890**
Submitted by DET Cawley #9022 (Northeast Detectives) on December 12,2011 at 03:03 PM
The following items were collected from inside 2525 Welsh Road Apt U-2:

| Item # | Sample # | Description |
|---|---|---|
| 1 | | One(1) blue sleeveless t-shirt with a "nike" logo print in orange color on the front and the back, labeled "MADE IN MEXICO", size "XL". |
| | 1A | Cut of the neck area |
| 2 | | A pair of black sweatpants with a tag labeled "PJ MARK", size "XL". |
| | 2A | Cut of inside back of waistband |
| 3 | | One(1) pink "SAMSUNG, T-mobile" cellphone |
| | 3A | Swab of cellphone |
| 4 | | One(1) Pennsylvania driver's license bearing the name "JONATHAN ANDREWS" and address "3331 ASHVILLE ST, PHILADELPHIA, PA 19136" |
| 5 | | A pair of sunglasses with a silver colored metal frame. "X915S8727" is stamped on the left temple. |
| | 5A | Swab of the sunglasses |
| 6 | | One(1) ripped tan fabric sleeve from a shirt |
| | 6A | Cut of the inside end of the sleeve |
| 7 | | A pair of black leather-like gloves with a tag labeled "DOCKERS", size "XL" |
| | 7A | Swab of the inside of glove A |

D×18

LAB# CRIM11-10214

|     | 7B  | Swab of the inside of glove B |
| --- | --- | --- |
| 8   |     | A pair of tan leather-like work gloves with a tag labeled "CE". |
|     | 8A  | Swab of inside of glove A |
|     | 8B  | Swab of inside of glove B |
| 9   |     | One(1) tan fur hat with a tag labeled "Cejon". |
|     | 9A  | Swab of inside of hat |
| 10  |     | A pair of dirty brown work styled boots with "TIMBERLAND" logo on the sides and the tongues, labeled "Timberland", size "9 1/2M" |
|     | 10A | Swab of inside left boot |
|     | 10B | Swab of inside right boot |
| 11  |     | A pair of a dirty reddish-brown work boots labeled "Red Wings", size "9 1/2" |
|     | 11A | Swab of inside of left boot |
|     | 11B | Swab of inside of right boot |

**Notes**
Samples 1A, 2A, 3A, 5A, 6A, 7A, 7B, 8A, 8B, 9A, 10A, 10B, 11A, and 11B were saved for possible DNA analysis.

**Property Receipt # 2951895**
Submitted by DET Cawley #9022 (Northeast Detectives) on February 23,2011 at 09:35 AM
The following item was collected from inside of 2525 Welsh Road, Apt U2:

| Item # | Sample # | Description |
| --- | --- | --- |
| 1   |     | A pair of black sneaker-styled boots with a "nike" logo and "ACG" on the sides and the heel, with a tag labeled "AIR", size "9.5". |
|     | 1A  | Swab of inside of left boot |
|     | 1B  | Swab of inside of right boot |

**Notes**
Samples 1A and 1B were saved for possible DNA analysis.

**Property Receipt # 2992176**
Submitted by DET Mooney #0888 (Major Crimes Unit) on October 28,2011 at 01:27 PM

The item is four(4) buccal swabs with samples collected from Joseph Meehan. A portion of the item was saved for possible DNA analysis.

LAB# CRIM11-10214

**Property Receipt # 2992177**
Submitted by DET Mooney #0888 (Major Crimes Unit) on October 30,2011 at
11:34 AM

The item is four(4) buccal swabs with samples collected from Jonathan
Andrews. A portion of the item was saved for possible DNA analysis.


\*\*\*LABORATORY USER FEE REQUESTED: $ 990.00 \*\*\*


Elisha Odoom          Connie Cywinski
Forensic Scientist I  Laboratory Program Scientist

Page 4 of 4