IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> JOSEPH MEEHAN, | CRIMINAL ACTION <br> NO. 11-440-01 |

### ORDER

**AND NOW**, this 4th day of March 2025, upon consideration of Petitioner Joseph Meehan's pro se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 360), Petitioner's Federal Community Defenders Supplemental Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 364), the Government's Response to Petitioner's Motion (Doc. No. 405), Petitioner's Federal Community Defenders Motion to Stay 28 U.S.C. § 2255 Proceedings (Doc. No. 409), Petitioner's Reply Brief to Government's § 2255 Response (Doc. No. 412), Petitioner's Supplemental Reply Brief (Doc. No. 417), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Petitioner's Motion to Stay 28 U.S.C. § 2255 Proceedings filed by the Federal Community Defender Officer (Doc. No. 409) is **DENIED**.

2. Petitioner's pro se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (Doc. No. 360) is **GRANTED in part and DENIED in part**.

3. Petitioner's Supplemental Motion to Correct Sentence Pursuant to 28 U.S.C. § 2255 filed by the Federal Community Defender Office (Doc. No. 364) is **GRANTED in part.**

4. In accordance with the Opinion of the Court issued this day, Petitioner will be re-sentenced in this case on a date to be set by the Court.

5. A Certificate of Appealability **SHALL NOT** issue as to Claims Two through Twelve in Petitioner's pro se habeas corpus petition because, for the reasons stated in the Opinion of the Court issued this day, Petitioner has failed to "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484 (2000); 28 U.S.C. § 2253(c)(2).

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.